UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 13bk39301 |
| Academy of Excellence III, Inc. | ) |
| | ) Chapter 11 |
| | ) |
| Debtor. | ) Honorable Timothy A. Barnes |
| | ) |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO FORREST L INGRAM, ATTORNEY FOR DEBTOR, FOR ALLOWANCE AND PAYMENT OF THIRD INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 17,634.00 | TOTAL COSTS REQUESTED: | $ 80.70 |
| TOTAL FEES REDUCED: | $ 1,020.00 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 16,614.00 | TOTAL COSTS ALLOWED: | $ 80.70 |

**TOTAL FEES AND COSTS ALLOWED: $ 16,694.70**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)   No Benefit to the Estate – TOTAL of disallowed amounts: $ 969.00**

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). In this case, counsel for the Debtor filed nine objections to claims and failed to attend the hearings, resulting in the nine objections to claims being stricken for want of prosecution.

**(2)   Computational or Typographical Error – TOTAL of disallowed amounts: $ 51.00**

The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. In this case, counsel for the Debtor indicates attending a 341 meeting in February 2014 when the 341 meeting was held in December 2013.

Dated: _____, 2014

_____
Timothy A. Barnes
United States Bankruptcy Judge

30 APR 2014

| | | Forrest L. Ingram, P.C.<br>*Attorneys and Counsellors*<br>79 W. Monroe, Suite 1007<br>Chicago, IL 60603-4907 | Academy<br>B | | Exhibit |
|---|---|---|---|---|---|
| Date | Nature | Item | Atty | Time | Fee |
| 2/4/14 | Admin | Spoke twice with JN re status, strategy, payment of fees, | FLI | 0.1 | $51.00 |
| 2/7/14 | Admin | Mailed out copies of Motion to Stay Pending Appeal to all creditors. | Clerk | 1.0 | $100.00 |
| 2/9/14 | Admin | Email to client amended schedule B and commentary. | FLI | 0.2 | $102.00 |
| 2/9/14 | Admin | Exchange email with client re delinquent operating report. | FLI | 0.1 | $51.00 |
| 2/9/14 | Admin | Email to debtor's accountant re overdue operating reports for December 2013. | FLI | 0.1 | $51.00 |
| 2/11/14 | Admin | Meet with JN and BN re copying files. | FLI | 0.1 | $51.00 |
| 2/12/14 | Admin | Email signature page of Dec 2013 operating report to J. Nestor for signature. | FLI | 0.1 | $51.00 |
| 2/12/14 | Admin | Email to JN re signing the operating report. | FLI | 0.1 | $51.00 |
| 2/17/14 | Admin | Filed Certificate of Service with bankruptcy court and mailed out Notice of Hearing to all on service list. | Clerk | 1.5 | $150.00 |
| 2/19/14 | Admin | Mailed copies of Objections to Claims for all creditors | Clerk | 1.0 | $100.00 |
| 2/21/14 | Admin | Email to client re operating reports due today. | FLI | 0.1 | $51.00 |
| 2/25/14 | Admin | Email to client re delinquent operating reports. | FLI | 0.1 | $51.00 |
| 3/3/14 | Admin | Email to JN, BN, and TN re operating reports, amended plan, and other matters. | FLI | 0.2 | $102.00 |
| 3/11/14 | Admin | Email to client re overdue operating reports. | FLI | 0.1 | $51.00 |
| 3/13/14 | Admin | Email to client re overdue operating reports. | FLI | 0.1 | $51.00 |
| 3/15/14 | Admin | Exchange emails with J. Nestor re organization of Academy of Excellence and J B Learning Center. | FLI | 0.1 | $51.00 |
| 3/17/14 | Admin | Review docket and calendar; organize actions for next two weeks. | FLI | 0.2 | $102.00 |
| 3/26/14 | Admin | Spoke with J. Nestor re overdue operating reports.. | FLI | 0.1 | $51.00 |
| 3/27/14 | Admin | Exchange emails with client re JTA schools being listed. | FLI | 0.1 | $51.00 |
| 3/27/14 | Admin | Exchange emails with J. Nestor re amending petition page. | FLI | 0.1 | $51.00 |
| | | **Subtotal for Admin:** | | **5.5** | **$1,370.00** |
| 2/4/14 | App | Spoke with JN re motion to stay enforcement pending appeal. | FLI | 0.1 | $51.00 |
| 2/5/14 | App | Discuss need for motion to stay enforcement pending appeal with JN and BN and AN. Discuss what needs to be done. | FLI | 0.3 | $153.00 |
| 2/5/14 | App | Spoke several times with Gwen, clerk of the Bankruptcy Court, re obtaining an appellate court number and the name of the judge; worked with her to complete and file Civil Cover Sheet, which will facilitate the assigning of a case number on appeal. | FLI | 1.0 | $510.00 |
| 2/5/14 | App | Begin drafting motion to stay pending appeal the enforcement of the order lifting the stay. | FLI | 0.2 | $102.00 |
| 2/7/14 | App | Spoke with clerk of court re transmitting record on appeal to appellate court and obtaining the name of the judge hearing the case. | FLI | 0.2 | $102.00 |
| 2/7/14 | App | Spoke with Judge Leinenweber's clerk re setting up a date for hearing of the motion to stay pending appeal. | FLI | 0.1 | $51.00 |
| 2/7/14 | App | Spoke with JN re status of motion to stay pending appeal. | FLI | 0.1 | $51.00 |
| 2/7/14 | App | Draft motion to stay execution pending appeal. | FLI | 2.0 | $1,020.00 |
| 2/7/14 | App | Revise motion to stay enforcement pending appeal; send to client for comments. | FLI | 0.4 | $204.00 |
| 2/7/14 | App | Draft order granting motion to stay pending appeal. | FLI | 0.3 | $153.00 |
| 2/7/14 | App | spokewith Judge Leinenweber's clerk re proper filing procedure, need for draft order, etc. | FLI | 0.1 | $51.00 |

| Date | Code | Description | Atty | Hours | Amount |
|---|---|---|---|---|---|
| 2/7/14 | App | Filed with U.S. District Court the motion to stay pending appeal; send email copies to various parties; directed clerk to send copies also by mail and fax. | FLI | 0.3 | $153.00 |
| 2/10/14 | App | Spoke with JN re motion to stay enforcement pending appeal. | FLI | 0.1 | $51.00 |
| 2/11/14 | App | Draft reploy to Landlord's response to motion to stay enforcement of the order pending appeal. | FLI | 1.5 | $765.00 |
| 2/12/14 | App | Prepare for court re motion to stay enforcement pending appeal. | FLI | 0.2 | $102.00 |
| 2/12/14 | App | Court appearance re motion to stay enforcement pending appeal; continued to 2/26/14 at 9:30 A.M. | FLI | | $0.00 |
| 2/25/14 | App | Review agreed order dismsising appeal; sign and send to D. Cohen for presentation tomorrow. | FLI | 0.1 | $51.00 |
| 3/15/14 | App | Email to client re payment to court report for transcripts. | FLI | 0.1 | $51.00 |
| | | **Subtotal for App:** | | 7.1 | $3,621.00 |
| 2/4/14 | CM | Spoke briefly withJN; send email to JN, TN, and BN re status of controversy with Landlord, possible court actions he might take and the Debtor should take to protect the Debtor's business, etc. | FLI | 0.3 | $153.00 |
| 2/5/14 | CM | Communicated with JN and BN re sheriff's service of summons and complaint in forcible entry and detainer action. | FLI | 0.3 | $153.00 |
| 2/6/14 | CM | Review emails from D. Cohen and J. DiCosola re settlement proposal. Respond and forward to clients with comments. | FLI | 0.2 | $102.00 |
| 2/7/14 | CM | Spoke with JN and reviewed email from him re final offer to settle with Landlord. | FLI | 0.1 | $51.00 |
| 2/7/14 | CM | Send emial to D. Cohen re final settlement offer. | FLI | 0.1 | $51.00 |
| 2/7/14 | CM | Spoke with D. Cohen re settlement with Landlord; Sent email to client re status of settlement proposal. | FLI | 0.3 | $153.00 |
| 2/9/14 | CM | Email to client re final counter proposal to Landlord. | FLI | 0.2 | $102.00 |
| 2/9/14 | CM | Email to David Cohen re last attempt to resolve dispute before the full-fledged litigation dominates the discussion. | FLI | 0.2 | $102.00 |
| 2/11/14 | CM | Exchange emails with Landlord's attorney re final settlement terms. | FLI | 0.1 | $51.00 |
| 2/11/14 | CM | Send email to client re new terms accepticble to Landlord; spoke by phone with JN and TN re responding to settlement request. | FLI | 0.2 | $102.00 |
| 2/11/14 | CM | Settled Landlord's claim; spoke with D.Cohen and J. Nestor.re same. | FLI | 0.2 | $102.00 |
| 2/13/14 | CM | Draft revisions to Settlement Agreement; discuss same with client. | FLI | 0.7 | $357.00 |
| 2/13/14 | CM | Draft revised Agreed Order of Possession; send to client for review. | FLI | 0.3 | $153.00 |
| 2/13/14 | CM | Exchange emails with D. Cohen re check and settlement agreement; draft recept of check pursuant to terms of Settlement Agreement | FLI | 0.2 | $102.00 |
| 2/13/14 | CM | Spoke with D. Cohen re his changes to Settlemenrt Agreement. | FLI | 0.1 | $51.00 |
| 2/13/14 | CM | Send Final version of Settlement Agreement to D. Cohen. | FLI | 0.1 | $51.00 |
| 2/13/14 | CM | Send Final version of Settlement Agreement to client for signature. | FLI | 0.1 | $51.00 |
| 2/14/14 | CM | Exchange various emails with D. Cohen and client to get signatures for Settlement Agreement. Spoke to Brendan Nestor re same. | FLI | 0.2 | $102.00 |
| 2/14/14 | CM | Draft motion to approve settlement agreeement and guarnaty & draft proposed order and notice of motion. | FLI | 2.5 | $1,275.00 |
| 2/14/14 | CM | File and serve motion to approve settlement agreement. | FLI | 0.2 | $102.00 |
| 2/14/14 | CM | Draft notice of hearing on motion to approve. | FLI | 0.2 | $102.00 |
| 2/15/14 | CM | Prepare Notice of Hearing for filing with Certificate of Service; direct SH to mail notice of hearing to all on the service list. | FLI | 0.2 | $102.00 |
| 2/17/14 | CM | Direct SH to mail notice of hearing to all creditors and to file Certificate of Service with the court. | FLI | 0.1 | $51.00 |
| 2/18/14 | CM | Exchange emails with attorney for 1255 S. State re state court action, contination. | FLI | 0.1 | $51.00 |

| Date | | Description | | Hours | Amount |
|---|---|---|---|---|---|
| 2/21/14 | CM | Review email from D. Cohen re new tenant wanting to walk through the school, with a contractor, next Tuesday. Email to client re same. | FLI | 0.2 | $102.00 |
| 2/24/14 | CM | Exchange emails with D. Cohen re aranging for new tenant to examine the State St. building. | FLI | 0.1 | $51.00 |
| 2/24/14 | CM | Email to clients to arrange time for new tenant and contractor to visit the school,6 P.M. on Tuesday, 2/25/14. | FLI | 0.1 | $51.00 |
| 2/25/14 | CM | Prepare for court and court appearance re motion to approve settlement agreement. Order was entered. | FLI | 0.5 | $255.00 |
| 2/26/14 | CM | Exchange emails with client re intent of KidCo to commence construction on 1255 S. State. | FLI | 0.1 | $51.00 |
| 2/26/14 | CM | Call D. Cohen re the new tenant's statement that it would commence construction on the building shortly; warm him to prevent it or face litigation. | FLI | 0.1 | $51.00 |
| 2/27/14 | CM | Spoke with D. Cohen re KidCo's agreement not to initiate any construction until April 19, 2014. | FLI | 0.1 | $51.00 |
| 2/27/14 | CM | Email to client re KidCo not begiing construction until April 19, but having the right to put up a sign on the commercial side of the building at any time. | FLI | 0.1 | $51.00 |
| 2/27/14 | CM | Exchange emails with D. Cohen and Academy re request of KidCo to come inspect the building again. | FLI | 0.2 | $102.00 |
| 2/28/14 | CM | Receive request from D. Cohen re KidCo coming to inspect premises on Monday 3/3/14. Pass on the request to client. | FLI | 0.1 | $51.00 |
| 3/3/14 | CM | Communicate with D. Cohen and B. Nestor re request of KidCo to revisit the school premises tonight at 6:30 P.M. Agreed. | FLI | 0.1 | $51.00 |
| 3/4/14 | CM | spoke twice with J. Nestor re KidCo's attempt to place sign above the main entrance of the school. Called D. Cohen; left messge. | FLI | 0.2 | $102.00 |
| 3/4/14 | CM | Further excvhanes with client and D. Cohen re placement of signage. | FLI | 0.1 | $51.00 |
| 3/5/14 | CM | Exchange emails, voice mail messages, and phone conversations with client and D. Cohen re conflict about KidCo putting up sign on the front door of the school. | FLI | 0.5 | $255.00 |
| 3/5/14 | CM | More emails and phone conversations re perceived crisis at the school. | FLI | 0.2 | $102.00 |
| 3/5/14 | CM | Email exchanges with client and D. Cohen re seeking a resolution to the crisis. | FLI | 0.3 | $153.00 |
| 3/14/14 | CM | Spoke with J. Nestor re landlord erecting a sign above the school door. | FLI | 0.1 | $51.00 |
| 3/14/14 | CM | Spoke with D. Cohen who alleges that the Landlord has a right to put up the sign above the school's door. | FLI | 0.1 | $51.00 |
| 3/14/14 | CM | Meet with J. Nestor re filing a motion to have the sign removed from over the school premises. | FLI | 0.3 | $153.00 |
| 3/14/14 | CM | Phone conersation with J. Nestor about landlord's failure to obtain a permit before hanging a sign on the school building. | FLI | 0.2 | $102.00 |
| 3/14/14 | CM | reVIEW EMAIL FROM j. Nestor; call D. Cohen; left messge. | FLI | 0.1 | $51.00 |
| 3/15/14 | CM | Research issues and draft motion to compel Landlord to cease interfering with Debtor's business. | FLI | 1.5 | $765.00 |
| 3/15/14 | CM | Review and revise motion to compel landlord not to interfere with Debtor's business. | FLI | 0.6 | $306.00 |
| 3/15/14 | CM | Draft notice of motion on shortened notice and proposed order. | FLI | 0.2 | $102.00 |
| 3/15/14 | CM | File motion to compel landlord not to interfere; serve by fax, ECF, and regular mail. | FLI | 0.2 | $102.00 |
| 3/15/14 | CM | Exchange emails with D. Cohen re motion set for Tuesday at 10 | FLI | 0.1 | $51.00 |
| 3/18/14 | CM | Court appearance re Academy's motion to compel Landlord to cease interferig in Debtor's businesl; motion denied. | FLI | 0.5 | $255.00 |

| Date | Category | Description | | Hours | Amount |
|---|---|---|---|---|---|
| 3/18/14 | CM | Spoke with D. Cohen re further actions that might be taken by either side relating to the dispute. | FLI | 0.2 | $102.00 |
| 3/18/14 | CM | Email to client re court's decision, discussion with Landlord's counsel, and strategies for going forward. | FLI | 0.2 | $102.00 |
| 3/18/14 | CM | Spoke with BJN re further dealing with Landlord. | FLI | 0.1 | $51.00 |
| 3/26/14 | CM | Spoke with J & B Nestor re actions taken by Landlord against them individually related to the removal of the sign about KidCo. | FLI | 0.3 | $153.00 |
| | | Subtotal for CM: | | 14.9 | $7,599.00 |
| 2/1/14 | DS&P | Draft liquidating plan; send it to client for review. | FLI | 0.7 | $357.00 |
| 2/1/14 | DS&P | Draft disclosure statement; send it to client for review. | FLI | 1.3 | $663.00 |
| 2/7/14 | DS&P | Revise and file Debtor's plan. | FLI | 0.2 | $102.00 |
| 2/9/14 | DS&P | Revise schedule B; send email to client re changers. | FLI | 0.1 | $51.00 |
| 3/26/14 | DS&P | Spoke with J. Nestor re amending plan and disclosure statement. | FLI | 0.4 | $204.00 |
| | | Subtotal for DS&P: | | 2.7 | $1,377.00 |
| 2/4/14 | Fee | Review and revise 2nd application for attorney fees. | FLI | 0.3 | $153.00 |
| 2/5/14 | Fee | Prepared 2nd Fee Application | Clerk | 2.5 | $250.00 |
| 2/25/14 | Fee | Prepare for court and court appearance re 2nd application for fees. Fees were granted as requested. | FLI | 0.4 | $204.00 |
| 2/26/14 | Fee | Download order granting 2nd interim fee application; download and send to client and to bookkeeper. | FLI | 0.1 | $51.00 |
| 3/13/14 | Fee | Email to client re overdue fees. | FLI | 0.1 | $51.00 |
| 3/26/14 | Fee | Spoke to J & B Nestor repayment of attorney fees awarded by the court. | FLI | 0.1 | $51.00 |
| | | Subtotal for Fee: | | 3.5 | $760.00 |
| 2/15/14 | Obj | Examine the claims docket; draft email to clients re nine proofs of claim, including claim category, amount, and indication of dispute. Request further information re disputed claims. | FLI | 1.0 | $510.00 |
| 2/15/14 | Obj | Spopke with JN; emailed proofs of claim of IRS, IDES, IDR to clients. | FLI | 0.1 | $51.00 |
| 2/15/14 | Obj | Spoke with BN re objecting to IRS claim on grounds that it was paid, but accountant may have put in wrong ID number. | FLI | 0.1 | $51.00 |
| 2/18/14 | Obj | Draft objection to claim of Goralsky Plumbing for failure to file a timely POC. | FLI | 0.2 | $102.00 |
| 2/18/14 | Obj | Diret SH to draft other objections to claims using my model. | FLI | 0.1 | $51.00 (1) |
| 2/18/14 | Obj | Draft proposed order for objection to Goralsky claim. Review and revise Notice of Hearing and Objection to Claim. | FLI | 0.2 | $102.00 (1) |
| 2/19/14 | Obj | Final review of 9 objections to claims. Direct SH to file. | FLI | 0.1 | $51.00 (1) |
| 2/19/14 | Obj | Email to client re filing of nine objections to claims. | FLI | 0.1 | $51.00 (1) |
| 2/24/14 | Obj | Attend 341(a) meeting with client; discuss strategies after the meeting. | FLI | 0.1 | $51.00 (2) |
| | | Subtotal for Obj: | | 2.0 | $1,020.00 |
| 2/9/14 | SalePP | Email to client and purchaseer re need for Contract to Purchase Assets of Liquidating Debtor. | FLI | 0.2 | $102.00 |
| 2/15/14 | SalePP | Email to JN, TN, and BN re contract to purchase assets of the Debtor and the work that needs to be done to achieve that goal. | FLI | 0.5 | $255.00 |
| 3/3/14 | SalePP | Direct clerk to commence drafting contract for sale of assets of the Debtor to J B Learning. | FLI | 0.1 | $51.00 |
| 3/11/14 | SalePP | Reiew and revise draft of Asset Purchase Agreement. | FLI | 1.0 | $510.00 |
| 3/11/14 | SalePP | Complete revisions to Asset Purchase Agreement; send draft to JN, BN, and TN re comments and revisions. | FLI | 0.5 | $255.00 |
| 3/14/14 | SalePP | Meet with J. Nestor re sale of assets to J B Academy of Learning. | FLI | 0.1 | $51.00 |
| 3/26/14 | SalePP | Meet with J. Nestor and B. Nestor re asset purchase agreement. Obtain signatures and discuss motion to sell as well as related matters. | FLI | 0.7 | $357.00 |
| | | Subtotal for SalePP: | | 3.1 | $1,581.00 |
| 2/9/14 | Tx | Review letter from IRS; forward it to debtor's accountant. | FLI | 0.1 | $51.00 |

| Date | | Description | | Hours | Amount |
|---|---|---|---|---|---|
| 2/24/14 | Tx | Three conversations with Linda Merritt of the IRS re objections to the Debtor's plan, trracking down tax returns filed under a different corporate name, paying late fees, and other matters. | FLI | 0.3 | $153.00 |
| 2/24/14 | Tx | Email to client re discussions with Linda Merritt of the IRS. Suggest various ways of handling the situation. | FLI | 0.2 | $102.00 |
| | | | **Subtotal for Tx:** | 0.6 | $306.00 |
| | | | **Subtotal** | 49.3 | $17,634.00 |

| Totals by Nature: | | | |
|---|---|---|---|
| | Admin | 5.5 | $1,370.00 |
| | App | 7.1 | $3,621.00 |
| | CM | 14.9 | $7,599.00 |
| | DS&P | 2.7 | $1,377.00 |
| | Fee | 3.5 | $760.00 |
| | Obj | 2.0 | $1,020.00 |
| | SalePP | 3.1 | $1,581.00 |
| | Tx | 0.6 | $306.00 |
| TOTAL: | | 39.4 | $17,634.00 |