UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 13bk39301 |
| Academy of Excellence III, Inc. | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Honorable Timothy A. Barnes |
| | ) | |

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO FORREST L. INGRAM, ATTORNEY FOR DEBTOR, FOR
ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES

| | | |
|---|---|---|
| TOTAL FEES REQUESTED: | $ 22,060.00 | TOTAL COSTS REQUESTED: $ 258.65 |
| TOTAL FEES REDUCED: | $ 1,183.00 | TOTAL COSTS REDUCED: $ 0.00 |
| TOTAL FEES ALLOWED: | $ 20,877.00 | TOTAL COSTS ALLOWED: $ 258.65 |

**TOTAL FEES AND COSTS ALLOWED: $ 21,135.65**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)    Clerical Work Not Compensable – TOTAL of disallowed amounts: $ 500.00**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (*citing Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

**(2)    No Benefit to the Estate – TOTAL of disallowed amounts: $ 683.00**

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). An attorney's internal work prior to retention to determine whether the attorney's firm satisfies the disinterestedness

requirement of section 327 of the Bankruptcy Code does not provide benefit to the estate and is not compensable.

Dated: 16 JUL 2014

Timothy A. Barnes
United States Bankruptcy Judge

| | | **Forrest L. Ingram, P.C.**<br>*Attorneys and Counsellors*<br>79 W. Monroe, Suite 1007<br>Chicago, IL 60603-4907 | **Academy of Excellence Exhibit B** | | | |
|---|---|---|---|---|---|---|
| <u>Date</u> | <u>Nature</u> | <u>Item</u> | <u>Atty</u> | <u>Time</u> | <u>Fee</u> | |
| 4/4/14 | Admin | Organize upcoming tasks for moving forward with the chapter 11 case. | FLI | 0.1 | $51.00 | |
| 4/4/14 | Admin | Spoke with Kimberly Park at GE Capital re agreeing to the removal of 2 copy machines from the premises. | FLI | 0.2 | $102.00 | |
| 4/4/14 | Admin | Exchange emails with client re strategies going forward, including settlement with GE Capital, sale of asserts, and amending of plan. | FLI | 0.2 | $102.00 | |
| 4/5/14 | Admin | Email to client re what needs to be done ASAP, with demand for full cooperation and warnings about negative consequences. | FLI | 0.2 | $102.00 | |
| 4/9/14 | Admin | Email to client re dcelinquent operating reports. | FLI | 0.1 | $51.00 | |
| 4/17/14 | Admin | Email to client re delinquent operating reports (Jan. and Feb.) overdue, and Mar. reports due April 21. | FLI | 0.1 | $51.00 | |
| 4/17/14 | Admin | Email to client re moving the school from 1255 S. State to a new location. | FLI | 0.1 | $51.00 | |
| 4/17/14 | Admin | Spoke with J. Nestor re moving school to new location. | FLI | 0.1 | $51.00 | |
| 4/22/14 | Admin | Email to client re overdue operating reports. | FLI | 0.1 | $51.00 | |
| 4/28/14 | Admin | Email exchange with client re operating reports. | FLI | 0.1 | $51.00 | |
| 5/1/14 | Admin | Review operating reports for February and March 2014. Email signature pages to J. Nestor to obtain his signature. | FLI | 0.1 | $51.00 | |
| 5/1/14 | Admin | Review Jan. operating report; send signature page to J. Nestor for his signature. | FLI | 0.1 | $51.00 | |
| 5/5/14 | Admin | Fax to J. Nestor re signature pages for operating reports. | FLI | 0.1 | $51.00 | |
| <u>5/6/14</u> | <u>Admin</u> | Prepare for court and court appearance re status of the case; <u>review email from Bob Wakefield re operating reports and discuss same with Roman Sukley before</u> | <u>FLI</u> | <u>0.2</u> | <u>$102.00</u> | (2) No benefit to estate: 0.1 stricken for filing wrong reports |
| <u>5/12/14</u> | <u>Admin</u> | <u>Obtained Information on Amended Small Bus. Monthly Operating Report</u> | <u>Clerk2</u> | <u>0.2</u> | <u>$20.00</u> | (2) No benefit to estate: wrong reports |
| <u>5/12/14</u> | <u>Admin</u> | <u>Direct law clerk to contact cleerk of court re notice of correction needed for filing operating reports.</u> | <u>FLI</u> | <u>0.1</u> | <u>$51.00</u> | (2) No benefit to estate: wrong reports |
| 5/12/14 | Admin | Email to client re upcoming events, need for review of drafts of various documents, due date for operating reports, and other matters. | FLI | 0.3 | $153.00 | |
| <u>5/16/14</u> | <u>Admin</u> | <u>Prepared and Mailed Notice and Objections to 9</u> | <u>Clerk2</u> | <u>3.0</u> | <u>$300.00</u> | (1) Clerical Work |
| 5/19/14 | Admin | Exchanged emails with B. Nestor re information in documents filed with the court. | FLI | 0.1 | $51.00 | |
| 5/20/14 | Admin | Spoke with B. Nestor re operating report due tomorrow. | FLI | 0.1 | $51.00 | |
| 5/28/14 | Admin | Draft instructions to clerks re research and drafting of a motion to auction property and a revised DS&P while I am away. | FLI | 0.2 | $102.00 | |
| | | **Subtotal for Admin:** | | 5.8 | $1,646.00 | |

| Date | Code | Description | | Hours | Amount |
|------|------|-------------|---|-------|--------|
| 5/20/14 | Adv | Revise draft of motion to substitute several times; prepare service list, draft proposed order. | FLI | 0.5 | $255.00 |
| | | **Subtotal for Adv:** | | **0.5** | **$255.00** |
| 4/4/14 | CM | Exchange emails with client re GE capital proposal and Academy's response. | FLI | 0.1 | $51.00 |
| 4/5/14 | CM | Email to client re paying Landlord the adequate protection amount. | FLI | 0.1 | $51.00 |
| 5/7/14 | CM | Email to client re $15,000 payment due to landlord. | FLI | 0.1 | $51.00 |
| 5/7/14 | CM | Draft initial responses to interrogatgories and requests to produce of 1255 S. State Retail LLC.  Send to client for revisions and comments. | FLI | 1.8 | $918.00 |
| 5/8/14 | CM | Meet with J. Nestor to work on reponses to Landlord's discovery requests re motion to sell assets. | FLI | 0.5 | $255.00 |
| 5/9/14 | CM | Make further revisions to answers to interrogatories; fax to client for review. | FLI | 0.4 | $204.00 |
| 5/9/14 | CM | Discuss and make final revisions to Debtor's responses to the discovery requests of the Landlord. | FLI | 0.3 | $153.00 |
| 5/9/14 | CM | Prepare documents responding to production request; scan in and email to D. Cohen pursuant to his request. | FLI | 0.4 | $204.00 |
| | | **Subtotal for CM:** | | **3.7** | **$1,887.00** |
| 4/5/14 | DS&P | Check schedule for filing and confirming plan; direct AW to do further research into the matter. | FLI | 0.2 | $102.00 |
| 5/5/14 | DS&P | Review plan and disclosure statement; insert information in some places and questions in other for further | FLI | 0.5 | $255.00 |
| 5/5/14 | DS&P | Fax drafts of disclosure statement and plan to J. Nestor. | FLI | 0.1 | $51.00 |
| 5/6/14 | DS&P | Court appearance re status of disclosure statement and plan.  Obtain extension of time till May 23 to file disclosure statement and amended plan. | FLI | 0.3 | $153.00 |
| 5/6/14 | DS&P | Email to J. Nestor and B. Nestor re status hearing; disclosure statement and plan, sale of assets. | FLI | 0.3 | $153.00 |
| 5/8/14 | DS&P | Draft portions of the disclosure statement. | FLI | 1.0 | $510.00 |
| 5/8/14 | DS&P | Meet with J. Nestor to review and revise first draft of disclosure statement. | FLI | 0.3 | $153.00 |
| 5/9/14 | DS&P | Spoke with D. Cohen re receipt of adequate protection payments, need to provide responses to discovery requests today, and terms under which Landlord would not object to plan. | FLI | 0.1 | $51.00 |
| 5/10/14 | DS&P | Work on detail for disclosure statement; draft. | FLI | 3.0 | $1,530.00 |
| 5/10/14 | DS&P | Email to client re updated draft of disclosure statement. | FLI | 0.2 | $102.00 |
| 5/15/14 | DS&P | Email to client re need for feedback on draft of disclosure statement and amended plan. | FLI | 0.2 | $102.00 |
| 5/17/14 | DS&P | Review claims objections; revise disclosure statement to include information and hearing dates for objections to claims. | FLI | 0.5 | $255.00 |
| 5/20/14 | DS&P | Met with B. Nestor re revisions to draft of disclosure statement. | FLI | 0.4 | $204.00 |

| Date | | Description | | | | |
|---|---|---|---|---|---|---|
| 5/20/14 | DS&P | Revise amended plan; send to client for review and signature. | FLI | 0.5 | $255.00 | |
| 5/20/14 | DS&P | Revise disclosure statement; send to client for review and signature. | FLI | 2.3 | $1,173.00 | |
| 5/22/14 | DS&P | Email to client re need to revise the entire approach to the disclosure statement and plan; list various options and suggest which ones might be best for the debtor. | FLI | 0.5 | $255.00 | |
| | | **Subtotal for DS&P:** | | **10.4** | **$5,304.00** | |
| 4/3/14 | Fee | Exchange emails with B. Nestor re payment of attorney | FLI | 0.1 | $51.00 | (2) No benefit to estate for any |
| 4/8/14 | Fee | Prepared Third Fee Application | Clerk2 | 3.0 | $300.00 | entry relating to |
| 4/8/14 | Fee | Review and revise 3rd fee application. | FLI | 0.1 | $51.00 | collection to |
| 4/8/14 | Fee | Email to client re unpaid attorney fees. | FLI | 0.1 | $51.00 | attorney's fees |
| 4/9/14 | Fee | Filed and Mailed Third Fee Application | Clerk2 | 0.5 | $50.00 | |
| 4/12/14 | Fee | Email to client re payment of attorney fees and court reporter costs on 4/15/14. | FLI | 0.1 | $51.00 | |
| 4/21/14 | Fee | Meet with B. Nestor to obtain checks to pay attorney fees and court reporter fees. | FLI | 0.1 | $51.00 | |
| 4/29/14 | Fee | Prepare for court on 3rd fee application. | FLI | 0.1 | $51.00 | |
| 4/30/14 | Fee | Court appearance re 3rd fee application; order entered granting fees. | FLI | 0.3 | $153.00 | |
| 4/30/14 | Fee | Email to client re fees owed. | FLI | 0.1 | $51.00 | |
| 5/2/14 | Fee | Email to client re payment of attorney fees. | FLI | 0.1 | $51.00 | |
| 5/3/14 | Fee | Email to client re payment of attorney fees. | FLI | 0.1 | $51.00 | |
| 5/3/14 | Fee | Email to client re unpaid attorney fees. | FLI | 0.1 | $51.00 | |
| 5/5/14 | Fee | Spoke with J. Nestor re payment of attorney fees. | FLI | 0.1 | $51.00 | |
| 5/15/14 | Fee | Email client re attorney fees due and owing. | FLI | 0.1 | $51.00 | |
| 5/20/14 | Fee | Spoke with B. Nestor re purchase price of assets subject to the APA, assuming the court's approval. | FLI | 0.2 | $102.00 | |
| 5/26/14 | Fee | Email to Brendan Nestor re fees owed by Academy III. | FLI | 0.1 | $51.00 | |
| 5/27/14 | Fee | Spoke with J. Nestor re payment of attorney fees. | FLI | 0.1 | $51.00 | |
| | | **Subtotal for Fee:** | | **5.4** | **$1,319.00** | |
| 5/8/14 | Obj | Discuss with J. Nestor objecting to the claim of 1255 S. | FLI | 0.1 | $51.00 | |
| 5/9/14 | Obj | Direct AB to prepare amended objections to claim. | FLI | 0.1 | $51.00 | |
| 5/10/14 | Obj | Revise amended objection to claim of Electrical | FLI | 0.1 | $51.00 | |
| 5/10/14 | Obj | Draft objection to claim 9-1 of 1255 S. State Retail LLC. | FLI | 2.5 | $1,275.00 | |
| 5/10/14 | Obj | Email to client re objection to Landlord's claim; send draft for comment. | FLI | 0.1 | $51.00 | |
| 5/12/14 | Obj | Drafted and Filed Amended Objections | Clerk2 | 2.5 | $250.00 | |
| 5/12/14 | Obj | Prepare research topics for clerks with reference to the objection to claim 9-1 of 1255 S. State Retail LLC. | FLI | 0.2 | $102.00 | |
| 5/12/14 | Obj | Review and approve filing of three objections to claims. | FLI | 0.1 | $51.00 | |
| 5/13/14 | Obj | Research issues raised by objecting to a proof of claim | FLI | 0.5 | $255.00 | |
| 5/14/14 | Obj | Drafted and Filed Amended Objections | Clerk2 | 0.5 | $50.00 | |
| 5/14/14 | Obj | Thoroughly revise draft objection to claim 9-1 of 1255 S. State Retail LLC. Send it to client for review. | FLI | 3.1 | $1,581.00 | |
| 5/15/14 | Obj | Email to client re need for feedback on objection to Landlord's claim. | FLI | 0.2 | $102.00 | |

| Date | Type | Description | | | |
|---|---|---|---|---|---|
| 5/15/14 | Obj | Make final revisions to objection to claim 9-1 and notice of hearing; file and serve. | FLI | 0.5 | $255.00 |
| 5/19/14 | Obj | Draft three notices to withdraw objections to claims. | Clerk | 1.0 | $100.00 |
| 5/19/14 | Obj | Copy and prepare envelopes for mailing notices to withdraw objections to claims. | Clerk | 1.0 | $100.00 | (1) Clerical Work |
| 5/19/14 | Obj | File three notice of withdrawal of objections. | Clerk | 0.5 | $50.00 |
| 5/19/14 | Obj | Direct cleerk to draft notice of withdrawal of three objections to claims; review drafts and give further directions. | FLI | 0.2 | $102.00 |
| 5/19/14 | Obj | Spoke with M. Weis; email to Weis a copy of the Debtor's notice of withdrawal of objection to the RAM claim. | FLI | 0.1 | $51.00 |
| | | **Subtotal for Obj:** | | **13.3** | **$4,528.00** |
| 4/7/14 | Resrch | Performed Research on Deadlines to Confirm Chapter 11 | Clerk2 | 3.0 | $300.00 |
| 5/6/14 | Resrch | Researching Renewed Objection to Claims | Clerk2 | 1.5 | $150.00 |
| 5/12/14 | Resrch | Researching Objection to 1255 S. State Claim | Clerk2 | 3.0 | $300.00 |
| 5/14/14 | Resrch | Researched Service Requirement in Objection to Claims | Clerk2 | 0.5 | $50.00 |
| 5/14/14 | Resrch | Researching Burden of Proof for 1255 S. State Claim | Clerk2 | 0.5 | $50.00 |
| | | **Subtotal for Resrch:** | | **8.5** | **$850.00** |
| 4/11/14 | SalePP | Conference with J. Nestor and B. Nestor re sale of debtor's assets to new entity as part of liquidating plan | FLI | 0.3 | $153.00 |
| 4/12/14 | SalePP | Review and revise motion to sell assets. | FLI | 0.2 | $102.00 |
| 4/12/14 | SalePP | Email to client with copy of revised motion to sell to request review and approval of motion. | FLI | 0.1 | $51.00 |
| 4/12/14 | SalePP | Draft proposed order. | FLI | 0.1 | $51.00 |
| 4/12/14 | SalePP | Draft Notice of Hearing; direct AW to correct service list. | FLI | 0.2 | $102.00 |
| 4/14/14 | SalePP | Filed Motion to Sell Assets | Clerk2 | 1.0 | $100.00 | (1) Clerical Work |
| 4/14/14 | SalePP | Spoke with J. Nestor re approval of motion to sell assets. | FLI | 0.1 | $51.00 |
| 4/14/14 | SalePP | File motion to sell assets free and clear of liens, claims, and encumbrances to J B Learning Academy, Inc. | FLI | 0.1 | $51.00 |
| 4/14/14 | SalePP | Riect AW to mail Notice of Hearing to all creditors and to file a certificate of service with the court. | FLI | 0.1 | $51.00 |
| 4/22/14 | SalePP | Court appearance re motion to sell assets to J B Learning Academy, Inc.  Opposition expressed; court set briefing schedule and hearing date. | FLI | 0.5 | $255.00 |
| 4/22/14 | SalePP | Email to client re hearing on motion to sell assets; inform client of work that needs to be done, affidavits required, and other matters. | FLI | 0.4 | $204.00 |
| 5/15/14 | SalePP | Begin drafting a response to the Landlord's objection to sell assets of the estate to J B Learning. | FLI | 1.0 | $510.00 |
| 5/17/14 | SalePP | Draft response to Landlord's objection to sale of Debtor's assets. | FLI | 3.0 | $1,530.00 |
| 5/17/14 | SalePP | Email to client re Landlord's objection to sale of assets and my draft of a response. | FLI | 0.1 | $51.00 |
| 5/17/14 | SalePP | Revise response to Landlord's objection to motion to sell personal property of the Debtor; file response. | FLI | 0.8 | $408.00 |
| 5/17/14 | SalePP | Spoke with Brendan Nestor re mistaken information in Response. | FLI | 0.1 | $51.00 |

| | | | | | |
|---|---|---|---|---|---|
| 5/17/14 | SalePP | Make further revisions to Response to Landlord's objection to motion to sell assets.  Draft amended Response and amended Notice of Filing.  File with the | FLI | 0.5 | $255.00 |
| 5/20/14 | SalePP | Review motion, response, and reply re sale of assets, set to be heard by the court tomorrow. | FLI | 0.7 | $357.00 |
| 5/20/14 | SalePP | Draft affidavit of B. Nestor re value of assets. | FLI | 0.2 | $102.00 |
| 5/21/14 | SalePP | Prepare for court hearing on motion to sell assets. | FLI | 0.4 | $204.00 |
| 5/21/14 | SalePP | Court hearing on motion to sell assets; denied. | FLI | 1.0 | $510.00 |
| 5/21/14 | SalePP | Send detailed email to client re court's ruling on the motion to sell assets; discuss possible further action to | FLI | 0.3 | $153.00 |
| 5/21/14 | SalePP | Exchange emails with client re strategy going forward. | FLI | 0.2 | $102.00 |
| 5/21/14 | SalePP | Spoke with J. Nestor re sale of material assets. | FLI | 0.1 | $51.00 |
| 5/27/14 | SalePP | Spoke with J. Net or re decision to auction off the personal proeprty of Academy to the highest bidder. | FLI | 0.2 | $102.00 |
| | | **Subtotal for SalePP:** | | **11.7** | **$5,557.00** |
| 5/22/14 | Trste | Email to client re obligation to pay trustee quarterly fees. | FLI | 0.1 | $51.00 |
| | | **Subtotal for Trste:** | | **0.1** | **$51.00** |
| 4/10/14 | Tx | Spoke at length with Linda Merritrt of the IRS re confusing filings by client, change of fax FEIN, and other | FLI | 0.3 | $153.00 |
| 4/10/14 | Tx | Email to client re IRS inquiry into theproper name of the corporation and the proper FEIN. | FLI | 0.2 | $102.00 |
| 4/11/14 | Tx | Conference with J. Nestor and B. Nestor re different FEIN numbers for Academy III and J T A Schools, and implications for filing 1120 and 941 tax returns. | FLI | 0.3 | $153.00 |
| 5/21/14 | Tx | Spoke with J. Nestor re requests from IRS in Detroit re tax returns. | FLI | 0.1 | $51.00 |
| 5/21/14 | Tx | Calls to Linda Merrit and Richard Johnson re tax returns. | FLI | 0.1 | $51.00 |
| 5/21/14 | Tx | Email to accountant re responding to inquiries of the IRS | FLI | 0.1 | $51.00 |
| 5/23/14 | Tx | Review letter from Linda Merritt; draft email to Richard Johnson and client re communicating with the IRS immediately. | FLI | 0.2 | $102.00 |
| | | **Subtotal for Tx:** | | **1.3** | **$663.00** |
| | | **Subtotal:** | | **60.7** | **$22,060.00** |