**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Academy of Excellence III, Inc., | ) | Judge Timothy A. Barnes |
| | ) | |
| Debtor. | ) | Case No. 13-39301 |
| | ) | |
| | ) | Hearing: **August 20, 2014 at 10:30 a.m.** |

**NOTICE OF MOTION**

To:   See attached service list

PLEASE TAKE NOTICE that on **August 20, 2014 at 10:30 a.m.,** I shall appear before the Honorable Judge Timothy A. Barnes or any other Judge sitting in his stead, in Courtroom 613, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604, and shall then and there present the Debtor's Chapter 11 Attorney's **Fifth and Final Application for Compensation for Professional Services and Reimbursement of Expenses,** a copy of which is enclosed and is herewith served upon you, and at which time and place you may appear and be heard.

/s/ Forrest L. Ingram
One of Debtor's attorneys

Forrest L. Ingram #3129032
FORREST L. INGRAM P.C.
79 West Monroe, Suite 1007
Chicago, Illinois 60603
(312) 759-2838

**CERTIFICATE OF SERVICE**

I, Forrest L. Ingram, an attorney, certify that I caused a true and correct copy of the above and foregoing Notice and the document to which it refers, on all parties entitled to service at the addresses listed below, by electronic filing through CM/ECF or by US Mail, as set forth on the attached service list, at or before 5:00 p.m. on July 17, 2014

/s/ Forrest L. Ingram

## Service List

**Via CM/ECF:**

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn Street, Room 873
Chicago, Illinois 60604

David E. Cohen
FISHER COHEN WALDMAN SHAPIRO, LLP
1247 Waukegan Road
Suite 100
Glenview, Illinois 60025
DCohen@fishercohen.com - E-mail

**VIA US MAIL**

1255 S. State Retail LLC
Attn: Joe Dicosola, Manager
2625 N. Ashland, Unit 4B
Chicago, IL 60614

Marty J. Schwartz, Esq.
Schain Burney Banks & Kenny, Ltd.
70 W. Madison St., Ste 5300
Chicago, IL 60602

Academy of Excellence III, Inc.
c/o John P. Nestor
14460 Raneys Lane
Orland Park, IL 60462-1954

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Academy of Excellence III, Inc., | ) | Judge Timothy A. Barnes |
| | ) | |
| Debtor. | ) | Case No. 13-39301 |
| | ) | |
| | ) | Hearing: **August 20, 2014 at 10:30 a.m.** |

**Fifth and Final Application for Compensation for Professional Services and Reimbursement of Expenses**

Forrest L. Ingram, P.C. (hereinafter "Applicant"), duly appointed chapter 11 counsel for Debtor Academy of Excellence III, Inc., ("Debtor"), makes its Fifth and Final Application for Compensation ("Application") under § 331 of the United States Bankruptcy Code, Federal Rule of Bankruptcy 2016, and Local Rule 5082-1. This Court has jurisdiction over the subject matter of this Application under 28 U.S.C. § 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A).

The Applicant requests that the Court enter an order allowing compensation for legal services rendered totaling $9,186.00 and reimbursement expenses of $61.15 for services rendered from June 1, 2014 to July 16, 2014.  In support of this Application, Applicant states as follows:

**Narrative Summary of Services Provided by Applicant**

1. On October 3, 2013, the Debtor entered into an Engagement Agreement with Applicant for a Chapter 11 case.

2. On October 7, 2013, Applicant filed Chapter 11 bankruptcy on the Debtor's behalf, Case No. 13-39301.

3. On October 8, 2013, the Debtor filed a motion to employ FORREST L. INGRAM, P.C. as counsel for the Debtor.  (See Doc. 6).  The motion was set to be heard on October 29,

3

2013. However, on October 21, 2013, the Court entered an order transferring the case to Judge Barnes. In transferring the case, the clerk did not also transfer the hearing date for the motion to employ counsel, so there was no hearing on October 29, 2013. The Debtor did not immediately become aware of this mistake, but ultimately filed an amended motion to employ counsel, which was heard and ruled on by this court on January 7, 2014 and made retroactive to October 7, 2013. A copy of the court's order allowing employment of Chapter 11 counsel is attached hereto as **Exhibit A**.

4. Applicant has filed four previous fee applications in this case, and orders awarding the fees were entered on January 7, 2014, February 25, 2014, April 30, 2014, and July 16, 2014, covering services rendered from the October 1, 2013 through May 31, 2014.

5. On July 16, 2014, after the court granted the Fourth Fee Application, the case was converted to a case under Chapter 7. The fees sought are for services rendered up to the date of conversion.

6. The times and chronology of the Applicant's services for the period beginning June 1, 2014 through July 16, 2014 are scheduled in detail to the tenth of an hour and arranged *by natures* in attached **Exhibit B**. A copy of Exhibit B has been sent to the Debtor for review prior to the hearing.

7. Applicant's billing detail, arranged *by attorneys*, is attached as **Exhibit C**.

8. A brief description of the credentials of each employee of Forrest L. Ingram, P.C., for whom compensation is sought, is attached as **Exhibit D**.

9. All services for which compensation is requested were in connection with the chapter 11 bankruptcy proceedings and its conversion to Chapter 7. All services performed after the

commencement of this case were in connection with the performance of duties of the Debtor and Debtor in Possession as prescribed by the Bankruptcy Code or pursuant to orders of this Court.

10. The services rendered by Applicant were directly related to and necessary for the Debtor's Chapter 11 case, including but not limited to: corresponding and advising Debtor regarding its Chapter 11 case, objecting to claims, drafting and filing motions on behalf of the Debtor and responses to the motions of others, and appearing on the Debtor's behalf in court.

11. Applicant's customary fees include actual compensation for time and services, fixed overhead, salaries, and unallocable costs.

## Summary of Hourly Services Organized by Nature

12. The Applicant's attorneys and clerks provided a total of approximately 40.0 hours of service, detailed by nature in Exhibit B. A brief summary of these services follows:

   a. *Administrative Matters (Admin)*: Approximately 4.7 hours of time and services were rendered in connection with matters that were administrative in nature including, but not limited to, corresponding with Debtor, reviewing various documents, and appearing in court. For these services, Applicant seeks $2,069.00.

   b. *Contested Matter (CM)*: Approximately 0.1 hours of time and services were rendered in connection with contested matters including, but not limited to, reviewing responses to Debtor's objection to claims. For these services, Applicant seeks $51.00.

   c. *Disclosure Statement & Plan (DS&P)*: Approximately 4.7 hours of time and services were rendered in connection with the disclosure statement and plan including, but not limited to, drafting an amended plan and disclosure statement and investigating use of an auctioneer for asset liquidation. For these services, Applicant seeks $470.00.

   d. *Fee Application (Fee)*: Approximately 15.9 hours of time and services were rendered in connection with research matters including, but not limited to, drafting, reviewing, and

    editing two fee applications and communicating with the client about attorney fees. For these services, Applicant seeks $2,164.00.

e. *Motions (Motion):* Approximately 2.0 hours of time and service were rendered in connection with motions including, but not limited to, drafting a response to the trustee's motion to convert or dismiss. For these services, Applicant seeks $200.00.

f. *Objections to Claims (Obj)***:** Approximately 13.3 hours of time and services were rendered in connection with objections including, but not limited to, reviewing claims dockets, drafting and filing objections to claims, and presenting them in court. For these services, Applicant seeks $4,528.00

g. *Research (Resrch)*: Approximately 3.0 hours of time and services were rendered in connection with research matters including, but not limited to, researching the auctioning of Debtor's assets. For these services, Applicant seeks $300.00.

h. *Sale of Personal Property (SalePP)***:** Approximately 1.4 hours of time and services were rendered in connection with the sale of personal property including, but not limited to, investigating sale of the client's assets in an auction or to a potential buyer. For these services, Applicant seeks $714.00.

i. *Trustee (Trste):* Approximately 5.6 hours of time and service were rendered in connection with trustee communications including, but not limited to, responding to and preparing for the hearing on the trustee's motion to convert or dismiss, conversing with the trustee on the motion, and appearing in court on the motion. For such services, Applicant seeks $2,241.00.

## Summary of Hourly Services Organized by Employees

13. The Applicants' attorneys provided a total of approximately 40.4 hours of service, detailed by employee in Exhibit C.  The breakdown of attorney/clerk time is as follows:

   a. **Attorney Forrest L. Ingram** (FLI) provided approximately 12.5 hours of service at $510.00 per hour, including all phases of the Chapter 11 case.

   b. **Clerk Justin Joffe** (Clerk) provided approximately 12.0 hours of service at $100.00 per hour, including all phases of the Chapter 11 case.

   c. **Clerk Angela Biesiada** (Clerk2) provided approximately 15.5 hours of service at $100.00 per hour, including all phases of the Chapter 11 case.

14. The Applicant has incurred $61.15 in expenses during this period. *See* **Exhibit E.**

15. This Application and a Notice of Hearing on the Application has been sent to the Debtor, the U.S. Trustee, creditors and all parties entitled to notice.  A Notice of Hearing has been sent to all other creditors and a Certificate of Service has been filed with the Court.  *See* **Exhibit F**.

16. Objections to this Application may be made in writing, filed with the Clerk of this Court, and sent to Forrest L. Ingram, P.C., 79 W. Monroe St., Suite 1007, Chicago, Illinois 60603, Fax No. 312.759.0298 on or before August 7, 2014.

17. Applicant requests that it be awarded a reasonable fee in the sum of $9,125.00, plus reimbursements of expenses of $61.15, for a total of $9,186.15, and that the fees allowed to the Debtor's Chapter 11 counsel for services prior to the conversion of the case to Chapter 7 be afforded administrative priority status in the Chapter 7 case.

**WHEREFORE,** Applicant requests that the Court conduct an appropriate hearing on this Application and allow the reasonable fee to Applicants in the sum of $9,125.00 for legal services and $61.15 in reimbursement expenses for the period from June 1, 2014 through July 16, 2014, for a total of $9,186.15. Applicant further asks that fees awarded to the Debtor's Chapter 11 counsel be given administrative priority status in the Debtor's Chapter 7 case. Applicant asks for such other and further relief as the Court deems just and appropriate.

|  |  |
|---|---|
| Dated: July 17, 2014 | Respectfully submitted, |
|  | Chapter 11 Counsel for Academy of Excellence III, Inc. |
|  | /s/ Forrest L. Ingram |
|  | One of the Debtor's Ch. 11 Attorneys |

Forrest L. Ingram #3129032
FORREST L. INGRAM, P.C.
79 W. Monroe, Suite 1007
Chicago, IL 60603
312.759.2838 phone
312.759.0298 fax