UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 13bk39301 |
| Academy of Excellence III, Inc. ) | |
| ) | Chapter 11 |
| ) | |
| Debtor. ) | Honorable Timothy A. Barnes |
| ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO FORREST L INGRAM, ATTORNEY FOR DEBTOR, FOR ALLOWANCE AND PAYMENT OF FIFTH AND FINAL INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 9,186.00 | TOTAL COSTS REQUESTED: | $ 61.15 |
| TOTAL FEES REDUCED: | $ 1,304.00 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 7,882.00 | TOTAL COSTS ALLOWED: | $ 61.15 |

**TOTAL FEES AND COSTS ALLOWED: $ 7,943.15**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the right of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)   No Benefit to the Estate – TOTAL of disallowed amounts: $ 734.00**

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). In this case, counsel's efforts to obtain payment of its fees do not benefit the estate, only counsel.

**(2)   Clerical Work Not Compensable – TOTAL of disallowed amounts: $ 370.00**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (*citing Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

(3)    Computational or Typographical Error – TOTAL of disallowed amounts: $ 200.00

      The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. In this case, the clerk indicates working on the 4th Fee Application before counsel discussed the process with him or her.

Dated:  August 20, 2014

                                                              Timothy A. Barnes
                                                              United States Bankruptcy Judge

| | | **Forrest L. Ingram, P.C.**<br>*Attorneys and Counsellors*<br>79 W. Monroe, Suite 1007<br>Chicago, IL 60603-4907 | Academy | | Exhibit B |
|---|---|---|---|---|---|
| <u>Date</u> | <u>Nature</u> | Item | <u>Atty</u> | Time | Fee |
| 6/4/14 | Admin | Prepare for court to report on status of case; inform court of potential sale of personal propeerty, objections to claims, application for attorney fees, and other matters. | FLI | 0.5 | $255.00 |
| 6/5/14 | Admin | Exchange emails with J. Nestor re operating reports for Academy. | FLI | 0.1 | $51.00 |
| 6/6/14 | Admin | Copied and filed Operating Report for April | Clerk2 | 0.3 | $30.00 |
| 6/6/14 | Admin | Email to client re operating report and other issues. | FLI | 0.3 | $153.00 |
| 6/6/14 | Admin | Spoke with J. Nestor re operating report being faxed over. | FLI | 0.1 | $51.00 |
| 6/16/14 | Admin | Email to client re dismissal of case and payment of fees. | FLI | 0.1 | $51.00 |
| 6/17/14 | Admin | Meet with J. Nestor re trustee's motion to convert or dismiss. Discuss pros and cons. | FLI | 0.5 | $255.00 |
| 6/17/14 | Admin | Direct clerk to begin drafting resonse to trustee's motion to convert or dismiss. | FLI | 0.1 | $51.00 |
| 6/17/14 | Admin | Summarize today's discussions and decisions about what needs to be done and send to client. | FLI | 0.4 | $204.00 |
| <u>6/18/14</u> | <u>Admin</u> | <u>Email to client and J B Learning re status of case and means for paying attorney fees generated by objecting to claims and performaing other legal services.</u> (1) No benefit to estate | <u>FLI</u> | <u>0.7</u> | <u>$357.00</u> |
| 6/18/14 | Admin | Complete analysis of chapter 11 cases, indicating court action and work to be done. | FLI | 0.2 | $102.00 |
| 6/21/14 | Admin | Email to J. Nestor re May operating report due. | FLI | 0.1 | $51.00 |
| 6/24/14 | Admin | Email to client re status of negotiations with UPB re allowing Childrens Academy to remain in Joliet property through September. | FLI | 0.1 | $51.00 |
| 6/27/14 | Admin | Spoke with J. Nestor re trustee's motion to convert or dismiss. | FLI | 0.1 | $51.00 |
| 7/1/14 | Admin | Email to J. Nestor, T. Nestor, and B. Nestor re whart needs to be done to complete the Academy III case. | FLI | 0.2 | $102.00 |
| 7/2/14 | Admin | Email to client and accountant re delinquent operating report for May 2014. | FLI | 0.1 | $51.00 |
| 7/3/14 | Admin | Review revised operating report for May 2014. Direct clerk to file. | FLI | 0.1 | $51.00 |
| 7/3/14 | Admin | Review documents from client and accountant re May 2014 operating report. Respond. | FLI | 0.1 | $51.00 |
| <u>7/8/14</u> | <u>Admin</u> | <u>Prepared Mailing for Response to Trustee's Motion to Convert/Dismiss</u> (3) Clerical | Clerk2 | <u>0.5</u> | <u>$50.00</u> |
| 7/16/14 | Admin | Court appearance re status of case. | FLI | 0.1 | $51.00 |
| | | **Subtotal for Admin:** | | **4.7** | **$2,069.00** |
| 7/7/14 | CM | Review 1255 S. State Retail LLC's response to debtor's objection to claim no. 9. | FLI | 0.1 | $51.00 |
| | | **Subtotal for CM:** | | **0.1** | **$51.00** |
| 6/3/14 | DS&P | Drafted Motion to Sell Assets | Clerk2 | 2.0 | $200.00 |
| 6/3/14 | DS&P | Drafted Amended Plan and Disclosure Statement | Clerk2 | 1.0 | $100.00 |
| 6/6/14 | DS&P | Obtained List of Bonded Auctioneers for NDIII | Clerk2 | 0.2 | $20.00 |
| 6/6/14 | DS&P | Drafted Motion to Employ Auctioneer | Clerk2 | 1.5 | $150.00 |
| | | **Subtotal for DS&P:** | | **4.7** | **$470.00** |
| <u>6/2/14</u> | <u>Fee</u> | <u>Preparing 4th Fee Application</u> (2) Typo | <u>Clerk</u> | <u>2.0</u> | <u>$200.00</u> |
| 6/3/14 | Fee | Preparing 4th Fee Application | Clerk | 4.0 | $400.00 |
| 6/3/14 | Fee | Direct clerk to begin drafting 4th fee application.Discuss process. | FLI | 0.1 | $51.00 |
| 6/4/14 | Fee | Preparing 4th Fee Application | Clerk | 2.4 | $240.00 |
| <u>6/4/14</u> | <u>Fee</u> | <u>Preparing mailing of 4th Fee Application</u> (3) Clerical | <u>Clerk</u> | <u>1.6</u> | <u>$160.00</u> |

| Date | Category | Description | Who | Hours | Amount |
|---|---|---|---|---|---|
| 6/4/14 | Fee | Review and revise 4th application for fees, cover sheet, proposed order, and notice of hearing. | FLI | 0.3 | $153.00 |
| 6/10/14 | Fee | Exhange emails with B. Nestor re location of material assets of Academy of Excellence III, Inc. and fees owed by Academy III. | FLI | 0.1 | $51.00 |
| 6/10/14 | Fee | Email with client re payment of attorney fees. (1) No benefit to estate | FLI | 0.1 | $51.00 |
| 6/17/14 | Fee | Discuss with J. Nestor his plan for my attorney fees being paid by a third party.. (1) No benefit to estate | FLI | 0.1 | $51.00 |
| 6/18/14 | Fee | Exchange emails with Brendan Nestor re commitment of J B Learning Academy, Inc. to pay fees due from Academy III. (1) No benefit to estate | FLI | 0.2 | $102.00 |
| 7/1/14 | Fee | Go to court on 4th application for fees; continued to 7/16/14 (1) No benefit to estate | FLI | 0.2 | $102.00 |
| 7/3/14 | Fee | Send email to client re payment of fees still due and owing. (1) No benefit to estate | FLI | 0.1 | $51.00 |
| 7/16/14 | Fee | Court appearance re 4th application for attorney fees. Obtain order granting fees. | FLI | 0.2 | $102.00 |
| 7/16/14 | Fee | Preparing 5th and Final Fee Application | Clerk2 | 3.5 | $350.00 |
| 7/16/14 | Fee | Preparing Mailing for 5th Fee Application (3) Clerical | Clerk2 | 1.0 | $100.00 |
| | | **Subtotal for Fee:** | | **15.9** | **$2,164.00** |
| 6/18/14 | Motion | Drafting response to trustee's motion to dismiss | Clerk | 2.0 | $200.00 |
| | | **Subtotal for Motion:** | | **2.0** | **$200.00** |
| 6/17/14 | Obj | Obtained Return Receipts and Ill. Sec of State Statements for Hearing | Clerk2 | 1.0 | $100.00 |
| 6/17/14 | Obj | Direct clerk to prepare copies of objections to claims for court this morning; review them all and prepare for court. | FLI | 0.2 | $102.00 |
| 6/17/14 | Obj | Prepare for court and court appearance re six objections to claims. | FLI | 1.0 | $510.00 |
| 6/17/14 | Obj | Email to D. Cohen re court scheduling order for debtor's objection to the claim of 1255 S. State Retail, LLC. | FLI | 0.1 | $51.00 |
| 7/12/14 | Obj | Email to shareholders of Academy III re proceeding with the objection to Claim 9-1 of !255 S. State Retail, LLC. | FLI | 0.2 | $102.00 |
| 7/14/14 | Obj | Email to D. Cohen re dismissing the chapter 11 case and making moot the Landlord's proof of claim and the debtor's objection to it. | FLI | 0.1 | $51.00 |
| | | **Subtotal for Obj:** | | **2.6** | **$916.00** |
| 6/2/14 | Resrch | Researched Auction of Assets | Clerk2 | 3.0 | $300.00 |
| | | **Subtotal for Resrch:** | | **3.0** | **$300.00** |
| 6/4/14 | SalePP | Email to client re sale of personal property and court's direction re auctioning it off. | FLI | 0.2 | $102.00 |
| 6/6/14 | SalePP | Direct clerk to research auctioneers and to draft motion to engage auctioneer for sale of assets. Discuss issues. | FLI | 0.2 | $102.00 |
| 6/6/14 | SalePP | Spoke with B. Nestor re items in storage, location of storage bins, and access to them. | FLI | 0.1 | $51.00 |
| 6/7/14 | SalePP | Email to client re pictures of property to be sold. | FLI | 0.1 | $51.00 |
| 6/7/14 | SalePP | Draft letter to potential auctioneer, Don Dodge, re selling the debtor's personal property. | FLI | 0.2 | $102.00 |
| 6/9/14 | SalePP | Review information from B. Nestor and incorporate it into a revised letter to D. Dodge re being auctioneer. Draft fax form to Dodge. Direct clerk to fax and mail letter. | FLI | 0.2 | $102.00 |
| 6/9/14 | SalePP | Locate new address of American Auction Associates, Inc.; revise letter; send by mail and email. | FLI | 0.1 | $51.00 |
| 6/10/14 | SalePP | Spoke with Don Dodge re auctioning off the material assets of the Debtor. Once equipment is in storage, he says we would be lucky to get $10,000 for everything. | FLI | 0.1 | $51.00 |
| 6/10/14 | SalePP | Send email to client re pros and cons of auctioning items. | FLI | 0.1 | $51.00 |
| 6/11/14 | SalePP | Draft email to D. Cohen to determine whether KidCo still is interested in purchasing all the material assets of the Debtor in bulk. | FLI | 0.1 | $51.00 |
| | | **Subtotal for SalePP:** | | **1.4** | **$714.00** |

| Date | | Description | | | Hours | Amount |
|---|---|---|---|---|---|---|
| 6/4/14 | Trste | Court appearance re status on all matters, trustee filed motion to convert or dismiss. | FLI | 0.3 | | $153.00 |
| 6/27/14 | Trste | Draft response to trustee's motion to covert or dismiss. | FLI | 0.9 | | $459.00 |
| 6/27/14 | Trste | Email to client re dismissing or converting case. | FLI | 0.3 | | $153.00 |
| 7/1/14 | Trste | Drafting Response to Trustee's Motion to Convert/Dismiss | Clerk2 | 0.7 | | $70.00 |
| 7/1/14 | Trste | Spoke with J. Nestor re responding to trustee's motion to convert or dismiss; review draft of response and of May operating report. | FLI | 0.3 | | $153.00 |
| 7/3/14 | Trste | Email to client re preparing for court on July 16; discuss the need to pay trustee quarterly fees by that date, and the advantage of dismissal over conversion. Discuss payment of attorney fees too. | FLI | 0.4 | | $204.00 |
| 7/5/14 | Trste | Review response to trustee's motion; prepare for hearing. | FLI | 0.1 | | $51.00 |
| 7/9/14 | Trste | (1) No benefit to estate | Clerk2 | 0.2 | | $20.00 |
| 7/9/14 | Trste | Mailed Response to Trustee's Motion to Convert/Dismiss (3) Clerical | Clerk2 | 0.6 | | $60.00 |
| 7/9/14 | Trste | Final revisions to response to trustee's motion to convert or dismiss; direct clerk to revise Notice of Filing. | FLI | 0.2 | | $102.00 |
| 7/9/14 | Trste | Meet with J. Nestor to review and approve Debtor[s response to trustee's motion to convert or dismiss. | FLI | 0.4 | | $204.00 |
| 7/9/14 | Trste | Make final revisions to response; direct clerk to file. | FLI | 0.1 | | $51.00 |
| 7/9/14 | Trste | Email to trustee to inform him of the Debtor's response to his motion and to obtain his opinion of the response. | FLI | 0.1 | | $51.00 |
| 7/14/14 | Trste | Spoke with Roman Sukley re trustee's motion to convert or dismiss and the Debtor's response. | FLI | 0.1 | | $51.00 |
| 7/16/14 | Trste | Spoke with trustee re continuing his motion to August 20. | FLI | 0.1 | | $51.00 |
| 7/16/14 | Trste | Court appearance re trustee's motion to convert or dismiss; on request by 1255 S. State Retail LLC, the court entered an order converting the case to chapter 7. | FLI | 0.3 | | $153.00 |
| 7/16/14 | Trste | Drafting extensive memorandum to client re court's order converting the case to chapter 7 and its ramificiations; discuss reports that need to be filed and expected events | FLI | 0.5 | | $255.00 |
| | | **Subtotal for Trste:** | | 5.6 | | $2,241.00 |
| | | **Totals by Nature:** | | | | |
| | | Subtotal for Admin: | | 4.7 | | $2,069.00 |
| | | Subtotal for CM: | | 0.1 | | $51.00 |
| | | Subtotal for DS&P: | | 4.7 | | $470.00 |
| | | Subtotal for Fee: | | 15.9 | | $2,164.00 |
| | | Subtotal for Motion: | | 2.0 | | $200.00 |
| | | Subtotal for Obj: | | 2.6 | | $916.00 |
| | | Subtotal for Resrch: | | 3.0 | | $300.00 |
| | | Subtotal for SalePP: | | 1.4 | | $714.00 |
| | | Subtotal for Trste: | | 5.6 | | $2,241.00 |
| | | **Total for Academy:** | | 40.0 | | $9,125.00 |